UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEON BRAZIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>J.CREW GROUP, INC., MILLARD S. DREXLER, JOSH S. WESTON, JAMES G. COULTER, STUART M. SLOAN, HEATHER M. REISMAN, MARY ANN CASATI, DAVID C. HOUSE, STEPHEN J. SQUERI, STEVEN D. GRAND-JEAN, CHINOS HOLDINGS, INC., CHINOS ACQUISITION CORP., TPG CAPITAL and LEONARD GREEN & PARTNERS, L.P.,<br><br>Defendants. | 10 Civ. 8988 (PGG)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Meredith E. Kotler of Cleary Gottlieb Steen & Hamilton LLP, a member of this court in good standing, hereby enters an appearance as counsel for Defendants J. Crew Group, Inc., Steven Grand-Jean, Stuart Sloan and Heather Reisman in the above-captioned action.

Dated: New York, New York
       December 23, 2010

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _____
    Meredith E. Kotler
    One Liberty Plaza
    New York, NY 10006
    (212) 225-2000
    (212) 225-3999 (Facsimile)
    mkotler@cgsh.com

    *Attorney for Defendants J. Crew Group, Inc., Steven Grand-Jean, Stuart Sloan and Heather Reisman*